IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>04-2769-B/P</u> |
| | ) | |
| SHELBY COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE**

Presently before the court is plaintiff's Motion to Continue Status Conference, filed May 13, 2005. On May 17, 2005, the court received a phone call from plaintiff's counsel that she would be attending the status conference. Therefore, Plaintiff's Motion to Continue Status Conference is DENIED as MOOT.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/18/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

27

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02769 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Marcy Ingram
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Michael Love
4907 Bronze Cove
Memphis, TN 38125

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT