IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL LOVE, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. 04-2769-B/P |
| SHELBY COUNTY SHERIFF'S DEPARTMENT, | ) |
| Defendant. | ) |

ORDER

This matter having come before the court, upon motion of the plaintiff for a forty-five (45) day extension of time to Designate Expert Witness and All Other Remaining Deadlines to be continued through their present date, and the court being advised that there is no opposition to said motion, the court finds that said motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED that an extension of forty-five (45) days is GRANTED as follows:

**COMPLETING ALL DISCOVERY**: November 18, 2005

    (a) **DOCUMENT PRODUCTION**: November 18, 2005

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: November 18, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-5-05

(c) **EXPERT WITNESS DISCLOSURE (Rule 26):**

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** September 14, 2005

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** October 15, 2005

    (3) **EXPERT WITNESS DEPOSITIONS:** November 18, 2005

**FILING DISPOSITIVE MOTIONS:** December 15, 2005

All other dates, including the trial, shall remain the same.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

August 4, 2005
Date

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02769 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Michael Love
4907 Bronze Cove
Memphis, TN 38125

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Marcy Ingram
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT