IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 11 PM 3: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL LOVE,

    Plaintiff,

v.

                                    No. 04-2769-B/P

SHELBY COUNTY SHERIFF'S
DEPARTMENT,

    Defendant.

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable Tu Pham, U.S. Magistrate Judge,

for the purpose of conducting a settlement conference .

**IT IS SO ORDERED**.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

10 / 11 / 05

DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02769 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Michael Love
4907 Bronze Cove
Memphis, TN 38125

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Marcy Ingram
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT